1014

[No. 59507-5-I. Division One. December 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DARON D. SLEEPER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-03989-7, Michael S. Spearman, J., entered January 22, 2007. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 59541-5-I. Division One. December 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON RAY CALDWELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-07409-9, William L. Downing, J., entered January 19, 2007. *Dismissed* by unpublished per curiam opinion.

[No. 59639-0-I. Division One. December 24, 2007.]

MELVIN RUBIN, *Appellant*, v. JUANITA SHORES CONDOMINIUM OWNER'S ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-20972-6, Gregory P. Canova, J., entered March 2, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Ellington, J., concurred in by Coleman and Grosse, JJ.

[No. 59641-1-I. Division One. December 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MALCOLM J. JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-12883-2, Brian D. Gain, J., entered February 5, 2007. *Affirmed* by unpublished per curiam opinion.